IN THE COMMONWEALTH COURT OF PENNSYLVANIA

City of Bethlehem and the        :
United States of America           :
                                    :
            v.                 :     No. 181 C.D. 2017
                                    :
Alvin S. Kanofsky,               :
               Appellant      :

# **O R D E R**

NOW, January 16, 2018, having considered appellant's application for reconsideration, the application is denied.

 

 

                                _____

                                MARY HANNAH LEAVITT,
                                President Judge